## SIEBEL *v.* DEPARTMENT OF WELFARE OF THE CITY OF NEW YORK.

No. 568. Decided February 23, 1960.

*Albert Oppido* for appellant.

*Seymour B. Quel* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 3 ET AL. *v.* ALLEN, COMMISSIONER OF EDUCATION.

No. 571. Decided February 23, 1960.

*John W. Burke* for appellants.

*Charles A. Brind* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.